```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                              Case No. 15-01354-JJT
Milton A. Ortiz                                                     Chapter 13
        Debtor                   **CERTIFICATE OF NOTICE**

District/off: 0314-5          User: JGoodling            Page 1 of 2             Date Rcvd: Apr 24, 2017
                              Form ID: ntpasnh           Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
```
db             +Milton A. Ortiz,    620 Putnam St.,    West Hazleton, PA 18202-2125
cr             +Hazle Township Refuse,    PO Box 24,    Lattimer Mines, PA 18234-0024
4629391        +BAC Home Loans Servicing LP,    1800 Tapo Canyon Road,   Mail Stop #SV-103,
                 Simi Valley, CA 93063-6712
4626940        +Bank of America Home Loans,    Attn: Customer Service,   Ca6-919-01-41,   P.O. Box 5170,
                 Simi Valley, California 93062-5170
4626942        +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
                 Hazleton, Pennsylvania 18201-0651
4644466        +Greater Hazleton Joint Sewer Authority,    c/o Ustynoski & Marusak, LLC,
                 101 West Broad Street, Suite 205,    Hazleton, PA 18201-6303
4626943        +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, Pennsylvania 18234-0024
4676098        +Hazle Township Refuse,    PO Box 24,    Hazle Township, PA 18201-0024
4626945        +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street, Suite 1400,
                 Philadlephia, Pennsylvania 19109-1060
4626946        +Municipal Authority of Hazle Township,    P.O. Box 502,    Harleigh, Pennsylvania 18225-0502
4708959         Wilmington Savings Fund Society, FSB,    9990 Richmond Avenue,    Suite 400 South,
                 Houston, TX 77042-4546
4626947        +YaJaira Ortiz,    604 Landmesser St.,    Hazleton, Pennsylvania 18202-2151
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4626941        +E-mail/Text: bkmailbayview@bayviewloanservicing.com Apr 24 2017 18:51:17
                 Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
                 Coral Gables, Florida 33146-1837
4674229         E-mail/Text: camanagement@mtb.com Apr 24 2017 18:51:11     M&T BANK,   PO BOX 840,
                 Buffalo, NY 14240
4696651         E-mail/Text: bankruptcy.notices@selenefinance.com Apr 24 2017 18:51:10     Selene Finance,
                 9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
                                                                                               TOTAL: 3

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4626944*       +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, Pennsylvania 18234-0024
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
```
          Alexandra Teresa Garcia    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing
           business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
           2015-14BTT ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
           Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
           ASwartz@mwc-law.com, ecfmail@mwc-law.com
          Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com,
           ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
          Celine P DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing
           business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
           2015-14BTT ecfmail@mwc-law.com
          Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
          Christopher B Slusser    on behalf of Creditor    Hazle Township Refuse chriss@slusserlawfirm.com,
           lisab@slusserlawfirm.com
          Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
```

```
District/off: 0314-5           User: JGoodling            Page 2 of 2               Date Rcvd: Apr 24, 2017
                               Form ID: ntpasnh           Total Noticed: 15
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          Tullio  DeLuca    on behalf of Debtor Milton A. Ortiz tullio.deluca@verizon.net
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Milton A. Ortiz
aka Milton Antonio Ortiz, aka Milton Ortiz, aka Areobo A. Ortiz Pujols, aka Areobo A. Ortiz
**Debtor(s)**

Chapter: 13

Case number: 5:15−bk−01354−JJT

Document Number: 56

Matter: Motion for Mortgage Modification

## Notice

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002−1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **May 15, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

**Address of the Bankruptcy Clerk's Office:**
U.S. Bankruptcy Court
274 Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes−Barre, PA 18701
(570) 831−2500

**For the Court:**
Clerk of the Bankruptcy Court:
Terrence S. Miller
By: JGoodling

Hours Open: Monday – Friday 9:00 AM – 4:00 PM

Date: April 24, 2017