**TULLIO DeLUCA**
**ATTORNEY-AT-LAW**
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 2, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

    In Re: Milton Ortiz
    **Chapter 13 Bankruptcy**
    **Case No. 5-15-01354**

Dear Sir/Madam:

  I have received returned mail for **HAZLE TOWNSHIP REFUSE,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: PO BOX 24 HAZLE TOWNSHIP, PA 18201-0024.Please be advised the correct information is as follows.

    HAZLE TOWNSHIP REFUSE
    101 W 27TH STREET
    HAZLE TOWNSHIP, PA 18202

I served the Notice of   Chapter 13 Hearing  Bankruptcy Case at the above address on (May 2, 2017). Please correct the mailing matrix.

  Thank you for assistance in this matter.

      Very truly yours,


      /s/ Tullio DeLuca, Esquire

TD/th