**TULLIO DeLUCA**

ATTORNEY-AT-LAW
381 N. 9TH STREET
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

May 5, 2017

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: Milton Ortiz
        **Chapter 13 Bankruptcy**
        **Case No. 5-15-01354**

Dear Sir/Madam:

    I have received returned mail for **Bank of America Home Loans,** a creditor in the above captioned bankruptcy. The incorrect address the mail was sent to was: pobox 5170 ca6-919-01-41 Simi Valley, CA 93062-5170 .Please be advised the correct information is as follows.

        BANK OF AMERICA HOME LOANS
         400 NATIONAL WAY
         MAILSTOP CA6-919-01-23
         SIMI VALLEY, CA 93065

I served the Notice of   Chapter 13 Hearing  Bankruptcy Case at the above address on (May 5, 2017). Please correct the mailing matrix.

    Thank you for assistance in this matter.

            Very truly yours,

            /s/ Tullio DeLuca, Esquire

TD/th

Case 5:15-bk-01354-JJT    Doc 62    Filed 05/15/17    Entered 05/15/17 14:21:43    Desc
Main Document    Page 1 of 1