In re:  Case No. 15-01354-JJT
Milton A. Ortiz  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5     User: JGoodling     Page 1 of 1     Date Rcvd: May 22, 2017
                     Form ID: nthrgreq     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2017.
db          +Milton A. Ortiz,    620 Putnam St.,    West Hazleton, PA 18202-2125

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4696651        E-mail/Text: bankruptcy.notices@selenefinance.com May 22 2017 19:10:03      Selene Finance,
         9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
                                                                                                      TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2017                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2017 at the address(es) listed below:
        Alexandra Teresa Garcia    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfmail@mwc-law.com
        Ann E. Swartz    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ASwartz@mwc-law.com, ecfmail@mwc-law.com
        Ann E. Swartz    on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com, ecfmail@mwc-law.com
        Celine P DerKrikorian    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
        Celine P DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfmail@mwc-law.com
        Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
        Christopher B Slusser    on behalf of Creditor    Hazle Township Refuse chriss@slusserlawfirm.com, lisab@slusserlawfirm.com
        Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
        Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        Tullio DeLuca    on behalf of Debtor Milton A. Ortiz tullio.deluca@verizon.net
        United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                           TOTAL: 11

nthrgreq(02/13)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Milton A. Ortiz
aka Milton Antonio Ortiz, aka Milton Ortiz, aka Areobo A. Ortiz Pujols, aka Areobo A. Ortiz
**Debtor(s)**

Chapter: 13

Case number: 5:15−bk−01354−JJT

Document Number: 56

Matter: Motion for Mortgage Modification

## Notice

Notice is hereby given that:

This Bankruptcy Petition was filed on April 1, 2015.

A hearing on the above referenced matter has been scheduled for:

| **United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701** | **Date: June 6, 2017** <br> **Time: 09:30 AM** |
|---|---|

Initial requests for a continuance of hearing ( *L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Clerk of the Bankruptcy Court: <br> Terrence S. Miller <br> By: JGoodling |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: May 22, 2017 |