In re:                                                      Case No. 15-01354-JJT
Milton A. Ortiz                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: BWagner         Page 1 of 2            Date Rcvd: Jun 09, 2017
                             Form ID: ntpasnh       Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 11, 2017.
```
db            +Milton A. Ortiz,    620 Putnam St.,    West Hazleton, PA 18202-2125
cr            +Hazle Township Refuse,    PO Box 24,    Lattimer Mines, PA 18234-0024
4629391       +BAC Home Loans Servicing LP,    1800 Tapo Canyon Road,    Mail Stop #SV-103,
               Simi Valley, CA 93063-6712
4626940       +Bank of America Home Loans,    Attn: Customer Service,    400 national Way,
               Mailstop CA6-919-01-23,    Simi Valley, CA 93065-6414
4626942       +Greater Hazleton Joint Sewer Authority,    500 Oscar Thomas Drive,    P.O. Box 651,
               Hazleton, Pennsylvania 18201-0651
4644466       +Greater Hazleton Joint Sewer Authority,    c/o Ustynoski & Marusak, LLC,
               101 West Broad Street, Suite 205,    Hazleton, PA 18201-6303
4676098        HAZLE TOWNSHIP REFUSE,    101 W 27TH STREET,    HAZLE TOWNSHIP, PA 18202
4626943       +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, Pennsylvania 18234-0024
4626945       +McCabe, Weisberg and Conway, P.C.,    123 South Broad Street, Suite 1400,
               Philadlephia, Pennsylvania 19109-1060
4626946       +Municipal Authority of Hazle Township,    P.O. Box 502,    Harleigh, Pennsylvania 18225-0502
4708959        Wilmington Savings Fund Society, FSB,    9990 Richmond Avenue,    Suite 400 South,
               Houston, TX 77042-4546
4626947       +YaJaira Ortiz,    604 Landmesser St.,    Hazleton, Pennsylvania 18202-2151
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4626941       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Jun 09 2017 18:52:52
               Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd., 5th Floor,
               Coral Gables, Florida 33146-1837
4674229        E-mail/Text: camanagement@mtb.com Jun 09 2017 18:52:39     M&T BANK,    PO BOX 840,
               Buffalo, NY 14240
4696651        E-mail/Text: bankruptcy.notices@selenefinance.com Jun 09 2017 18:52:34     Selene Finance,
               9990 Richmond Avenue,    Suite 400 South,    Houston, TX 77042-4546
                                                                         TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4626944*      +Hazle Township Refuse,    P.O. Box 24,    Lattimer Mines, Pennsylvania 18234-0024
                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 11, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 9, 2017 at the address(es) listed below:
```
         Alexandra Teresa Garcia   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing
          business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
          2015-14BTT ecfmail@mwc-law.com
         Ann E. Swartz   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing business as
          Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
          ASwartz@mwc-law.com,  ecfmail@mwc-law.com
         Ann E. Swartz   on behalf of Creditor   Bank of America, N.A. ASwartz@mwc-law.com,
          ecfmail@mwc-law.com
         Celine P DerKrikorian   on behalf of Creditor   Bank of America, N.A. ecfmail@mwc-law.com
         Celine P DerKrikorian   on behalf of Creditor   Wilmington Savings Fund Society, FSB, doing
          business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
          2015-14BTT ecfmail@mwc-law.com
         Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
         Christopher B Slusser   on behalf of Creditor   Hazle Township Refuse chriss@slusserlawfirm.com,
          lisab@slusserlawfirm.com
         Joshua I Goldman   on behalf of Creditor   M&T BANK bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              Thomas I Puleo    on behalf of Creditor   M&T BANK tpuleo@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Milton A. Ortiz tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 11

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Milton A. Ortiz
aka Milton Antonio Ortiz, aka Milton Ortiz, aka Areobo A. Ortiz
Pujols, aka Areobo A. Ortiz
**Debtor(s)**

Chapter: 13

Case number: 5:15–bk–01354–JJT

Document Number: 66

Matter: Motion for Mortgage Modification

| Notice |
|---|

NOTICE OF OPPORTUNITY TO OBJECT AND HEARING: Pursuant to Local Rule 2002–1(a), the Court will consider this motion, objection, or other matter without further notice or hearing unless a party in interest files an objection/response on or before **June 30, 2017**. If you object to the relief requested, you must file your objection/response with the Clerk of Court and serve a copy on the movant and movant's attorney, if one is designated.

If you file and serve an objection/response within the time permitted, the Court may schedule a hearing and you will be notified. If you do not file an objection within the time permitted the Court will deem the motion unopposed and proceed to consider the motion without further notice or hearing, and may grant the relief requested.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> 274 Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes–Barre, PA 18701 <br> (570) 831–2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: BWagner, Deputy Clerk |
| Hours Open: Monday – Friday 9:00 AM – 4:00 PM | Date: June 9, 2017 |