```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                          Case No. 15-01354-JJT
Milton A. Ortiz                                                 Chapter 13
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5          User: CGambini           Page 1 of 1          Date Rcvd: Jul 10, 2017
                              Form ID: pdf010          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 12, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
4696651        E-mail/Text: bankruptcy.notices@selenefinance.com Jul 10 2017 19:09:08       Selene Finance,
               9990 Richmond Avenue,   Suite 400 South,   Houston, TX 77042-4546
                                                                                            TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 12, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 10, 2017 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing
               business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
               2015-14BTT ecfmail@mwc-law.com
              Ann E. Swartz     on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing business as
               Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT
               ASwartz@mwc-law.com, ecfmail@mwc-law.com
              Ann E. Swartz     on behalf of Creditor    Bank of America, N.A. ASwartz@mwc-law.com,
               ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Bank of America, N.A. ecfmail@mwc-law.com
              Celine P DerKrikorian    on behalf of Creditor    Wilmington Savings Fund Society, FSB, doing
               business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT
               2015-14BTT ecfmail@mwc-law.com
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Christopher B Slusser    on behalf of Creditor    Hazle Township Refuse chriss@slusserlawfirm.com,
               lisab@slusserlawfirm.com
              Joshua I Goldman    on behalf of Creditor    M&T BANK bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Thomas I Puleo    on behalf of Creditor    M&T BANK tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
              Tullio  DeLuca    on behalf of Debtor Milton A. Ortiz tullio.deluca@verizon.net
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                            TOTAL: 11

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: :
MILTON ORTIZ : CASE NO. 5-15-01354
Debtor. :

*********************************************************************************************

**ORDER**

*********************************************************************************************

Upon consideration of Debtor's Motion to Approve Loan Modification:

**ORDERED**, that the Debtor's Motion to Approve Loan Modification is hereby **GRANTED**; and it is further

**ORDERED**, that approval of the loan modification shall in no way continue a violation of the automatic stay; and it is further

**ORDERED,** that Selene Finance is granted permission to enter into a loan modification with the Debtor.

Dated: July 10, 2017

By the Court,

John J. Thomas, Bankruptcy Judge
(RPR)