IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

*************************************************************************

| I IN RE: | : | CHAPTER 13 |
| MILTON ORTIZ | : | CASE NO. 5-15-01354 |
| Debtor(s) | : | |

*************************************************************************

**DEBTOR'S ANSWER TO TRUSTEE'S MOTION TO DISMISS**

*************************************************************************

AND NOW COMES, Milton Ortiz, the Debtor, and files an Answer to the Trustee's Motion to Dismiss and states the following:

1. Milton Ortiz, (hereinafter the "Debtor") filed a Chapter 13 bankruptcy proceeding with the U.S. Bankruptcy Court for the Middle District of Pennsylvania.

2. Charles J. DeHart,III, Esq. is the standing Chapter 13 Trustee.

3. The Trustee filed a Motion to Dismiss the Debtor's Chapter 13 case stating the Plan is non confirmable.

4. An amended plan will be filed with the Court shortly.

WHEREFORE, the Debtors respectfully request that Trustee's Motion to Dismiss be denied.

Respectfully submitted,

Date: November 6, 2017         /s/Tullio DeLuca
                               Tullio DeLuca, Esquire
                               PA ID# 59887
                               381 N. 9th Avenue
                               Scranton, Pa 18504
                               (570) 347-7764

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| I IN RE: | : | CHAPTER 13 |
| MILTON ORTIZ | : | CASE NO. 5-15-01354 |
| Debtor(s) | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATE OF SERVICE**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

The undersigned hereby certifies that on November 6, 2017, he caused a true and correct copy of Debtor's Answer to Trustee's Motion to Dismiss to be served via electronic filing in the above-referenced case, on the following:

Charles J. DeHart, III, Esq. at dehartstaff@ramapo.com

Dated: November 6, 2017        /s/Tullio DeLuca
                               Tullio DeLuca, Esquire