**TULLIO DeLUCA**
ATTORNEY-AT-LAW
381 N. 9TH AVENUE
SCRANTON, PENNSYLVANIA 18504
PHONE (570) 347-7764  FAX (570) 347-7763
EMAIL: TULLIO.DELUCA@VERIZON.NET

March 8, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

      In Re: **Milton Ortiz**
      **Case No.5-15-01354**

Dear Sir/Madam:

    I have received returned mail for **Hazle Township Refuse** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 101 W 27th Street Hazle Township, PA 18202. Please be advised the correct information is as follows:

      Hazle Township Refuse
      27 N Church St
      Hazleton, PA 18201

I served a copy of the Discharge Order at the above address on March 8, 2019. Please correct the mailing matrix.

    Thank you for assistance in this matter.

      Very truly yours,


      /s/ Tullio DeLuca, Esquire

TD/mw