# TULLIO DeLUCA
### ATTORNEY-AT-LAW
**381 N. 9TH AVENUE**
**SCRANTON, PENNSYLVANIA 18504**
**PHONE (570) 347-7764  FAX (570) 347-7763**
**EMAIL: TULLIO.DELUCA@VERIZON.NET**

March 18, 2019

Clerk's Office
U.S. Bankruptcy Court
Middle District of Pennsylvania
Max Rosenn U.S. Courthouse
197 South Main Street
Wilkes-Barre, PA. 18701

        In Re: **Milton Ortiz**
              **Case No.5-15-01354**

Dear Sir/Madam:

    I have received returned mail for **Hazle Township Refuse** a creditor in the above-captioned bankruptcy. The incorrect address the mail was sent to was: 27 N Church St, Hazleton, PA 18202. Please be advised the correct information is as follows:

                Hazle Township Refuse
                101 W 27th Street
                Hazle Township, PA 18201

I served a copy of the Discharge Order at the above address on March 18th, 2019. Please correct the mailing matrix.

    Thank you for assistance in this matter.

                Very truly yours,

                /s/ Tullio DeLuca, Esquire

TD/mw