In re:                                                                    Case No. 15-01354-MJC

Milton A. Ortiz                                                           Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                          User: AutoDocke                          Page 1 of 2

Date Rcvd: Feb 07, 2023                       Form ID: fnldec                          Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 09, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Milton A. Ortiz, 620 Putnam St., West Hazleton, PA 18202-2125 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2023                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 7, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Celine P DerKrikorian | |
| | on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com |
| Celine P DerKrikorian | |
| | on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfmail@mwc-law.com |
| Christopher B Slusser | |
| | on behalf of Creditor Hazle Township Refuse chriss@slusserlawfirm.com  lisab@slusserlawfirm.com |
| Jack N Zaharopoulos | |
| | TWecf@pamd13trustee.com |

District/off: 0314-5

User: AutoDocke

Page 2 of 2

Date Rcvd: Feb 07, 2023

Form ID: fnldec

Total Noticed: 1

James Warmbrodt

on behalf of Creditor M&T BANK bkgroup@kmllawgroup.com

Joshua I Goldman

on behalf of Creditor M&T BANK josh.goldman@padgettlawgroup.com  angelica.reyes@padgettlawgroup.com

Marisa Myers Cohen

on behalf of Creditor Bank of America  N.A. ecfmail@mwc-law.com

Marisa Myers Cohen

on behalf of Creditor Wilmington Savings Fund Society  FSB, doing business as Christiana Trust, not in its individual capacity, but solely as trustee for BCAT 2015-14BTT ecfmail@mwc-law.com

Thomas I Puleo

on behalf of Creditor M&T BANK tpuleo@kmllawgroup.com  bkgroup@kmllawgroup.com

Tullio DeLuca

on behalf of Debtor 1 Milton A. Ortiz tullio.deluca@verizon.net

United States Trustee

ustpregion03.ha.ecf@usdoj.gov


TOTAL: 12

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Milton A. Ortiz,
aka Milton Antonio Ortiz, aka Milton Ortiz, aka Areobo
A. Ortiz Pujols, aka Areobo A. Ortiz,

**Debtor 1**

Chapter      13

Case No.     5:15−bk−01354−MJC

Social Security No.:

          xxx−xx−7275

Employer's Tax I.D. No.:

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered and the deposit required by the plan has been distributed.

## IT IS ORDERED THAT:

### Jack N Zaharopoulos

is discharged as trustee of the estate of the above named debtor(s); and the chapter 13 case of the above named debtor(s) is closed.

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Dated:  February 7, 2023

**fnldec** (01/22)